**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6576**

In Re: RODNEY EUGENE SMITH,

                                                Petitioner.

On Petition for Writ of Mandamus.  (CA-01-239-1)

Submitted:  May 17, 2001                Decided:  May 29, 2001

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Rodney Eugene Smith, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Eugene Smith filed a petition for a writ of mandamus seeking to have this court issue an order directing the district court to act on his habeas corpus petition. Because the district court recently dismissed Smith's petition for habeas corpus, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2